IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Dell Layfette Carter, #226198,
a/k/a Dell L. Carter, and Dell Layfatte Carter,

Plaintiff,

-versus-

NFN Stonebreaker, Sergeant at Evans Correctional Institution;
K. Lear, Sergeant;
Adam Banner, Private;
Sharon Patterson, Disciplinary Hearing Officer;
Aaron Joyner, Major;
NFN Davis, Lieutenant;
NFN Victor, Lieutenant;
Robin Chavis, Associate Warden of Evans Correctional Institution; and
Trakus Estes,

Defendants.

C.A. No. 3:06-0146-TLW-JRM

ORDER

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Joseph R. McCrorey, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge McCrorey recommends that the Complaint in the above-captioned case be dismissed without prejudice and without issuance and service of process. (Doc. # 6). No objections have been filed to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in

whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, **IT IS HEREBY ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 6), and the above-captioned case is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

April 6, 2006
Florence, South Carolina